UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VITIPRINTS, LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VEGANZ GROUP AG,<br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 1:24-cv-06845<br><br>**NOTICE OF APPEARANCE** |

　　PLEASE TAKE NOTICE that Mario Aieta hereby appears in the above-titled action as lead counsel for Plaintiff Vitiprints, LLC, and hereby requests that a copy of all notices, pleadings, and other papers served or filed in connection with this case be served upon the undersigned counsel.

Dated: New York, New York
　　　　September 11, 2024

　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP

　　　　　　　　　　　　　　　　　　　*By:   /s/ Mario Aieta         .*
　　　　　　　　　　　　　　　　　　　　　　Mario Aieta
　　　　　　　　　　　　　　　　　　　230 Park Avenue, Suite 1130
　　　　　　　　　　　　　　　　　　　New York, NY 10169
　　　　　　　　　　　　　　　　　　　Tel: (212) 404-8755
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Vitiprints, LLC*