UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                  :

VITIPRINTS LLC,                             :
                                                  :

                   Plaintiff,    :              24-CV-6845 (VSB)
                                                  :
              -against-           :                 ORDER
                                                  :

VEGANZ GROUP AG,                      :
                                                    :

                   Defendant.    :
                                                  :
------------------------------------------------------ :
                                                  X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On September 10, 2024, Plaintiff filed this action against Defendant.  (Doc. 1.)  Plaintiff

obtained a summons on September 11, 2024.  (Doc. 5.)  To date, Plaintiff has not filed an

affidavit of service or taken any other action to prosecute this case.  Accordingly, it is hereby:

      ORDERED that, no later than January 10, 2025, Plaintiff shall submit an affidavit of

service showing that Defendant was timely served.  If Defendant was not timely served, then

Plaintiff shall, no later than January 10, 2025, submit a letter of no more than three (3) pages,

supported by legal authority, demonstrating good cause as to why this case should not be

dismissed pursuant to Federal Rule of Civil Procedure 4(m).  "Good cause is generally found

only in exceptional circumstances where the plaintiff's failure to serve process in a timely

manner was the result of circumstances beyond its control." *E. Refractories Co. v. Forty Eight*

*Insulations, Inc.*, 187 F.R.D. 503, 505 (S.D.N.Y. 1999) (internal quotation marks omitted).

"District courts consider the diligence of plaintiff's efforts to effect proper service and any

prejudice suffered by the defendant as a consequence of the delay." *Id.* (internal quotation marks

omitted).  "An attorney's inadvertence, neglect, mistake or misplaced reliance does not constitute

good cause." *Howard v. Klynveld Peat Marwick Goerdeler*, 977 F.Supp. 654, 658 (S.D.N.Y.

1997) (citing *McGregor v. United States*, 933 F.2d 156, 160 (2d Cir.1991), *aff'd*, 173 F.3d 844

(2d Cir. 1999)).  Plaintiff is warned that failure to submit a letter and to demonstrate good cause

for failure to serve Defendant within ninety days after the complaint was filed will result in

dismissal of this action.

SO ORDERED.

Dated:     January 3, 2025
           New York, New York

VERNON S. BRODERICK
United States District Judge